# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-1060
_____

United States of America

*Plaintiff - Appellee*

v.

Tracy Vaughn, also known as Chopper

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted:  August 19, 2016
Filed: August 24, 2016
[Unpublished]
_____

Before WOLLMAN, ARNOLD, MURPHY, Circuit Judges.
_____

PER CURIAM.

Tracy Vaughn appeals after the district court[1] denied his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2).  After careful de novo review of the record,

_____

[1]The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.

we find no reason to reverse the district court's denial of Vaughn's motion for a sentence reduction.  See United States v. Logan, 710 F.3d 856, 857 (8th Cir. 2013) (appeals court reviews de novo district court's determination that movant was not eligible for reduction under § 3582(c)(2)).

Accordingly, the judgment is affirmed, see 8th Cir. R. 47B, and Vaughn's pro se objection to submission of this appeal without oral argument is denied.

_____